# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC, INC., a California Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERICO CRUZ dba CRUS PROMOTIONS; JOSE LUIS POSADAS ROMANO, an individual; JORGE ESPITIA HERNANDEZ, an individual; ALONSO ESTRADA, an individual; and VICTOR CHAGOYA, an individual,<br><br>   Defendants. | Old Case No. 1:23-cv-00700-BAM<br><br>New Case No. 1:23-cv-00700-JLT-HBK<br><br>**ORDER RELATING CASES AND REASSIGNING DISTRICT JUDGE AND MAGISTRATE JUDGE** |
| JULIAN TAPIA SENA, an individual dba DISTRIBUTION DIGITAL MUSIC WORLD,<br><br>   Third-Party Plaintiff,<br><br>v.<br><br>HYPHY MUSIC INC., a California corporation,<br><br>   Counter-Defendant,<br><br>   and<br><br>SALVADOR OLVERA RIOS, an individual,<br><br>   Third-Party Defendant. | |

///

1

Pursuant to Local Rule 123, the Court finds that the above-captioned action is related to the following matter: *Hyphy Music, Inc. v. Tapia Sena, et al.*, 1:21-cv-216-JLT-HBK. The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Both actions require a determination of fact as to Gloria Posadas' rights (as transferred to Tapia) and Rios' rights (as transferred to Hyphy). (Doc. 51 at 4.) Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and the parties. An order relating cases under the Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

Based on good cause, this Court **ORDERS** that the above-captioned action be reassigned to U.S. District Judge Jennifer L. Thurston and to U.S. Magistrate Judge Helena M. Barch-Kuchta. Going forward, all documents shall bear the new case number:

**1:23-cv-00700-JLT-HBK**

IT IS SO ORDERED.

Dated: **May 11, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

2