UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HYPHY MUSIC, INC.,

           Plaintiff,

    v.

JULIAN TAPIA SENA, VERGE RECORDS, ET. AL.,

           Defendants.

-----------------------------------------------

AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS

Case No.  1:21-cv-00216-JLT-HBK

ORDER REFERRING CASE TO VDRP AND STAYING CERTAIN DEADLINES

On April 24, 2026, and May 6, 2026, the Court held informal discovery dispute conferences.  (Docs. 92, 94).  During those conferences, counsel for all parties expressed a desire to participate in the Court's Voluntary Dispute Resolution Program ("VDRP") set forth in E.D. Cal. Local Rule 271.  The Court finds this case will benefit from participation in VDRP.

Accordingly, IT IS ORDERED:

1.  This action is referred to the VDRP.

2.  Within thirty (30) days of this Order, the parties shall contact the Court's VDRP Administrator, Sujean Park, at (916) 930-4278 or Spark@caed.uscourts.gov, to initiate the selection of a neutral evaluator.

3. The parties shall review and comply with Local Rule 271, which governs the VDRP.

4. No later than fourteen (14) days after the completion of the VDRP session, the parties shall either (a) jointly file their VDRP Completion Report, or (b) file a dismissal or stipulation and proposed order of dismissal pursuant to Fed. R. Civ. P. 41, consistent with Local Rule 271(o).

5. All remaining deadlines are STAYED, except deadlines related to non-expert discovery and motions to compel.

Dated:    May 14, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

cc:  Sujean Park

2