**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

HYPHY MUSIC, INC.,

Plaintiff,

v.

JULIAN TAPIA SENA, VERGE RECORDS, et al.,

Defendants.

Case No. 1:21-cv-00216 JLT HBK

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF/COUNTER-DEFENDANT'S MOTION FOR ALTERNATIVE SERVICE OF THIRD AMENDED COMPLAINT ON ISIDORA GLORIA POSADAS ROMANO WITHOUT PREJUDICE

(Docs. 97, 115)

Plaintiff/Counter-Defendant Hyphy Music proceeds on its Third Amended Complaint for copyright and trademark infringement. (Doc 17.) Hyphy seeks leave for alternative service of the TAC upon Isidora Glora Posadas Romana pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure. (Doc. 97.) The magistrate judge found leave was not appropriate, as Posadas Romano "is no longer a party to this action" following a voluntary dismissal on July 8, 2025. (Doc. 115 at 3; *see also id.* Docs. 71, 72.) The magistrate judge explained the motion regarding alternative service was not a proper mechanism to reinstate the claims, and that Hyphy "must first seek leave to file an amended complaint reasserting claims against and rejoining her as a defendant." (*Id.* at 3.) Thus, the magistrate judge recommended the Court deny the motion. (*Id.*)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 115 at 3.) The Court advised the parties that the

"failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id*. at 4, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No objections were filed, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 7, 2026, 2026 (Doc. 115) are **ADOPTED** in full.
2. Plaintiff/Counter-Defendant's motion for alternative service on Isidora Glora Posadas Romano (Doc. 97) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: _September 2, 2026_

UNITED STATES DISTRICT JUDGE