UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>J JULIAN TAPIA SENA, an individual d/b/a DISTRIBUTION DIGITAL MUSIC WORLD; VERGE RECORDS INTERNATIONAL, INC., d/b/a ONErpm; OLIMPO CARBAJAL, SALVADOR OLVERA RIOS; and JOSE MARTINEZ,<br><br>Defendants.<br><br>JULIAN TAPIA SENA, an individual d/b/a DISTRIBUTION DIGITAL MUSIC WORLD, Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>HYPHY MUSIC, INC.; JOSE MARTINEZ; SALVADOR OLVERA RIOS; and OLIMPO CARBAJAL,<br><br>Third-Party Defendants. | Case No. 1:21-cv-00216-JLT-HBK<br><br>ORDER STRIKING JOINT STIPULATION FOR DISMISSAL OF DEFENDANT VERGE RECORDS INTERNATIONAL, INC. d/b/a ONErpm<br><br>(Doc. 118) |

On September 16, 2026, Plaintiff Hyphy Music, Inc. ("Hyphy") and Defendant Verge

Records International, Inc., d/b/a ONErpm ("Verge"), filed a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 118). The stipulation seeks dismissal with prejudice of Verge from this action, with each party bearing its own attorney's fees. (*Id.*). Only counsel for Hyphy and Verge signed the stipulation. (*Id.* at 3).

The stipulation is ineffective under Rule 41 (a)(1)(A)(ii). That rule permits dismissals without a court order only upon "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Thus, for a Rule 41(a)(1)(ii) stipulation to be effective, all parties who have appeared in a multi-party action must sign the stipulation. *See McNamara v. Edwards*, 8 F.3d 28 (9th Cir. 1993); *Wise v. Auto. Credit Corp.*, No. 1:18-cv-01494 DAD JLT, 2019 WL 1924434, at *1 (E.D. Cal. Apr. 30, 2019); *Aswad v. ACA Receivables, L.L.C.*, No. CIV F 06-0835 AWI LJO, 2007 WL 427591, at *1 (E.D. Cal. Feb. 7, 2007); *Thacker v. AT&T Corp.*, No. 2:20-cv-00255 KJM CKD (PS), 2021 WL 1784873, at *1 (E.D. Cal. May 5, 2021), report and recommendation adopted, 2021 WL 4168533 (E.D. Cal. Sept. 14, 2021).

The parties may file a stipulation signed by all parties who have appeared or move to dismiss Verge under Rule 41(a)(2), which is committed to the Court's discretion. *Hamilton v. Firestone Tire & Rubber Co. Inc.*, 679 F.2d 143, 145 (9th Cir. 1982).

Accordingly, IT IS ORDERED:

The Court STRIKES the Joint Stipulation of Dismissal (Doc. 118).

Dated: September 17, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE